# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00097-11 |
| | ) | JUDGE SHARP |
| FLETCHER DENNING | ) | |

### O R D E R

The change of plea hearing scheduled for Wednesday, August 13, 2014, is hereby rescheduled for Tuesday, August 12, 2014, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE